

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00706-CV

**IN THE INTEREST OF X.L.B.**, T.J.B., and V.C.B., Children

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-426
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant Scott B. Barthel recover his costs of this appeal from appellee Casey A. Barthel.

SIGNED November 7, 2018.

_____
Luz Elena D. Chapa, Justice